# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14186

_____

KAREN FINN,
JULLIAN FORD,
HYLAH DALY,
JENNE DULCIO,
GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC.,
et al.,

                                                                        Plaintiffs-Appellees.

*versus*

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION,
et al.,

                                                                         Defendants,

| | | |
|---|---|---|
| 2 | Order of the Court | 23-14186 |

COBB COUNTY SCHOOL DISTRICT,

                                                                                        Intervenor-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-02300-ELR

_____

Before BRANCH, LAGOA, and BRASHER, Circuit Judges.

BY THE COURT:

      Intervenor-Appellant's motion to stay the preliminary injunction pending appeal is GRANTED. The preliminary injunction declares unconstitutional the redistricting map for the Cobb County Board of Education that was signed into law in May 2022 and establishes deadlines for the General Assembly to adopt a remedial map by January 22, 2024, for objections to be submitted January 24 and 26, and for the remedial map to be finalized by February 9. The stay maintains the status quo to prevent the dispute from becoming moot. *See Scripps-Howard Radio v. F.C.C.*, 316 U.S. 4, 9–10, 62 S. Ct. 875, 879–80 (1942).